# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:11CR402 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KEITH KREBSBACH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Keith Krebsbach (Krebsbach) to amend his conditions of release (Filing No. 76). The motion is granted, and Krebsbach may have contact with Tonya Wilkenson.

**IT IS SO ORDERED.**

DATED this 22nd day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge